UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, | No. 2:16-cv-02972-KJM-KJN |
| Plaintiff, | |
| v. | |
| JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, Inclusive, | |
| Defendants. | |
| UNITED STATES OF AMERICA, | No. 2:17-cv-00112-MCE-EFB |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| JOHN DONNELLY SWEENEY and POINT BUCKLER CLUB, LLC, | |
| Defendants. | |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve the same parties and are based on the same or a similar claim," Local Rule 123(a)(1), and "both actions involve the same property, transaction, or event," Local Rule 123(a)(2).

1

1 | The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that Case No. 2:17-cv-00112-MCE-EFB is reassigned from United States District Judge Morrison C. England, Jr. to the undersigned and from Magistrate Judge Edmund F. Brennan to Magistrate Judge Kendall J. Newman.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:17-cv-00112-KJM-KJN.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 3, 2017

_____
UNITED STATES DISTRICT JUDGE