JOHN BRISCOE (053223)
LAWRENCE S. BAZEL (114641)
MAX ROLLENS (308984)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net
mrollens@briscoelaw.net

Attorneys for Defendants
JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC (also sued as Point Buckler, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, inclusive;<br><br>Defendants. | No. 2:16-CV-02972-KJM-KJN<br><br>STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY UNTIL JUNE 12, 2017<br><br>Courtroom: 3<br>Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff California River Watch ("Plaintiff") and Defendants John D. Sweeney and Point Buckler Club, LLC (also sued as Point Buckler, LLC) (collectively "Defendants) hereby stipulate as follows:

1. On March 29, 2017, Plaintiff served Defendants with (1) Plaintiff's First Requests For Admission to Defendant John Donnelly Sweeney, (2) Plaintiff's First Request For Production of Documents and ESI to Defendant John Donnelly Sweeney, and (3) Plaintiff's First Set of Interrogatories to Defendant John Donnelly Sweeney.

2. Federal Rule of Civil Procedure 29 provides, in pertinent part, that "Unless the court orders otherwise, the parties may stipulate that: . . . (b) other procedures governing or limiting discovery be modified—but a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial."

3. On February 24, 2017, the Court took under submission Defendants' motion to dismiss, and set a case management conference for June 8, 2017.

4. In light of Defendants' pending motion, which if granted would moot Plaintiff's discovery requests, and the scheduled case management conference, the parties hereby stipulate to extend until June 12, 2017 Defendants time to respond to the discovery requests listed in paragraph 1 above.

5. This stipulation will not interfere with the time set for completing discovery, for hearing a motion, or for trial, because there are no such dates currently set.

DATED: April 27, 2017.　　　　　　　　　　BRISCOE IVESTER & BAZEL LLP

By: _____
Lawrence S. Bazel
Attorneys for Defendants JOHN D. SWEENEY
and POINT BUCKLER CLUB, LLC (also sued as
Point Buckler, LLC)

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 27, 2017. | LAW OFFICE OF JACK SILVER |
| 3 | | |
| 4 | | By: /s/ Jack Silver |
| 5 | | Jack Silver<br>Attorney for Plaintiff<br>CALIFORNIA RIVER WATCH |
| 6 | | |
| 7 | DATED: April 27, 2017. | LAW OFFICE OF EDWARD E. YATES |
| 8 | | |
| 9 | | By: /e/ Edward E. Yates |
| 10 | | Edward E. Yates<br>Attorney for Plaintiff<br>CALIFORNIA RIVER WATCH |

IT IS SO ORDERED.

DATED: May 3, 2017

By: _____
UNITED STATES DISTRICT JUDGE