1    JOHN BRISCOE (053223)
     LAWRENCE S. BAZEL (114641)
2    MAX ROLLENS (308984)
     BRISCOE IVESTER & BAZEL LLP
3    155 Sansome Street, Seventh Floor
     San Francisco, CA 94104
4    Tel (415) 402-2700
     Fax (415) 398-5630
5    jbriscoe@briscoelaw.net
     lbazel@briscoelaw.net
6    mrollens@briscoelaw.net

7    Attorneys for Defendants
     JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC (also sued as Point Buckler, LLC)

8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11  | CALIFORNIA RIVER WATCH, | No.   2:16-CV-02972-KJM-KJN |

12  | Plaintiff, | STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY UNTIL JULY 14, 2017 |

13  | v. | |

14  | JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, inclusive; | Courtroom:  3 Hon. Kimberly J. Mueller |

15

16  | Defendants. |

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

Plaintiff California River Watch ("Plaintiff") and Defendants John D. Sweeney and Point Buckler Club, LLC (also sued as Point Buckler, LLC) (collectively "Defendants) hereby stipulate as follows:

1.     On March 29, 2017, Plaintiff served Defendants with (1) Plaintiff's First Requests For Admission to Defendant John Donnelly Sweeney, (2) Plaintiff's First Request For Production of Documents and ESI to Defendant John Donnelly Sweeney, and (3) Plaintiff's First Set of Interrogatories to Defendant John Donnelly Sweeney.

2.     Federal Rule of Civil Procedure 29 provides, in pertinent part, that "Unless the court orders otherwise, the parties may stipulate that: . . . (b) other procedures governing or limiting discovery be modified—but a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial."

3.     On February 24, 2017, the Court took under submission Defendants' motion to dismiss, and set a case management conference for June 8, 2017.

4.     On June 1, 2017, the Court vacated the June 8, 2017 case management conference, and reset it to July 6, 2017 at 2:30 p.m.

5.     In light of Defendants' pending motion, which if granted would moot Plaintiff's discovery requests, and the rescheduled case management conference, the parties hereby stipulate to extend until July 14, 2017 Defendants time to respond to the discovery requests listed in paragraph 1 above.

6.     This stipulation will not interfere with the time set for completing discovery, for hearing a motion, or for trial, because there are no such dates currently set.

7.     In addition, Plaintiff agrees to re-notice the deposition of Defendant John Donnelly Sweeney to a date after July 14, 2017.

STIPULATION                                                                                          NO. 2:16-CV-02972-KJM-KJN

| | |
|---|---|
| DATED: June 12, 2017. | BRISCOE IVESTER & BAZEL LLP |

By: _____
Lawrence S. Bazel
Attorneys for Defendants JOHN D. SWEENEY
and POINT BUCKLER CLUB, LLC (also sued as
Point Buckler, LLC)

DATED: June 12, 2017.                    LAW OFFICE OF JACK SILVER

By: _____/s/ Jack Silver_____
Jack Silver
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

DATED: June 12, 2017.                    LAW OFFICE OF EDWARD E. YATES

By: _____/e/ Edward E. Yates_____
Edward E. Yates
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

IT IS SO ORDERED.

DATED: June 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

2