JOHN BRISCOE (053223)
LAWRENCE S. BAZEL (114641)
LAUREN D. BERNADETT (295251)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net
lbernadett@briscoelaw.net

Attorneys for Defendants
JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC (also sued as Point Buckler, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, inclusive;<br><br>　　　　Defendants. | No.　2:16-CV-02972-KJM-KJN<br><br>STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY<br><br>Courtroom:　3<br>Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff California River Watch ("Plaintiff") and Defendants John D. Sweeney and Point Buckler Club, LLC (also sued as Point Buckler, LLC) (collectively "Defendants") hereby stipulate as follows:

1. On March 29, 2017, Plaintiff served Defendants with (1) Plaintiff's First Requests For Admission to Defendant John Donnelly Sweeney, (2) Plaintiff's First Request For Production of Documents and ESI to Defendant John Donnelly Sweeney, and (3) Plaintiff's First Set of Interrogatories to Defendant John Donnelly Sweeney.

2. Federal Rule of Civil Procedure 29 provides, in pertinent part, that "Unless the court orders otherwise, the parties may stipulate that: . . . (b) other procedures governing or limiting discovery be modified—but a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery, for hearing a motion, or for trial."

3. On February 24, 2017, the Court took under submission Defendants' motion to dismiss, and set a case management conference for June 8, 2017.

4. On June 1, 2017, the Court vacated the June 8, 2017 case management conference and reset it to July 6, 2017.

5. On June 27, 2017, the Court vacated the July 6, 2017 case management conference and reset it to August 17, 2017.

6. Due to unavailability of counsel on August 17, parties are seeking to reschedule the case management conference.

7. In light of Defendants' pending motion to dismiss, which if granted would moot Plaintiff's discovery requests, and the rescheduled case management conference, the parties hereby stipulate to extend Defendants' time to respond to the discovery requests listed in paragraph 1 above. Defendants' time to respond is extended until eight (8) days after the case management conference.

8. This stipulation will not interfere with the time set for completing discovery, for hearing a motion, or for trial, because there are no such dates currently set.

9. In addition, Plaintiff agrees to re-notice the deposition of Defendant John Donnelly Sweeney to a date after Defendants respond to the discovery requests.

DATED: July 11, 2017.  BRISCOE IVESTER & BAZEL LLP

By: _____
Lawrence S. Bazel
Attorneys for Defendants JOHN D. SWEENEY
and POINT BUCKLER CLUB, LLC (also sued as
Point Buckler, LLC)

DATED: July 11, 2017.  LAW OFFICE OF JACK SILVER

By: /s/ Jack Silver as authorized on July 13, 2017
Jack Silver
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

DATED: July 11, 2017.  LAW OFFICE OF EDWARD E. YATES

By: /s/ Edward E. Yates as authorized on July 13, 2017
Edward E. Yates
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

IT IS SO ORDERED.

DATED: August 3, 2017

_____
UNITED STATES DISTRICT JUDGE