JOHN BRISCOE (053223)
LAWRENCE S. BAZEL (114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, Seventh Floor
San Francisco, CA 94104
Tel (415) 402-2700
Fax (415) 398-5630
jbriscoe@briscoelaw.net
lbazel@briscoelaw.net

Attorneys for Defendants
JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC (also sued as Point Buckler, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, inclusive;<br><br>    Defendants. | No. 2:16-CV-02972-KJM-KJN<br><br>STIPULATION EXTENDING TIME TO ANSWER AND REQUESTING RESCHEDULING OF STATUS (PRETRIAL SCHEDULING) CONFERENCE<br><br>ORDER<br><br>Courtroom: 3<br>Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff California River Watch ("Plaintiff") and Defendants John D. Sweeney and Point Buckler Club, LLC (also sued as Point Buckler, LLC) (collectively "Defendants") hereby stipulate as follows:

1. On June 29, 2017, the Court scheduled a settlement conference for October 17, 2017 in the case of *United States v. Sweeney*, No. 2:17-cv-00112-KJM-KJN. (ECF Doc 20 at 9.) The settlement conference is to be held before Judge Newman.

2. On September 6, 2017, the Court scheduled the Status (Pretrial Scheduling) Conference in this matter for October 26, 2017 at 2:30 p.m. (ECF Doc. 39.)

3. On September 25, 2017, the Court denied Defendants' motion to dismiss, and ordered Defendants to answer within fourteen days, which because of the Columbus Day closure puts the deadline at October 10, 2017. (ECF Doc. 40.)

4. On October 3, 2017, counsel for Defendants contacted counsel for Plaintiff and requested an extension of time. Since then counsel have been conferring by e-mail and telephone, and have discussed settlement as well as an extension of time.

5. The parties agree that the settlement conference in *United States v. Sweeney* may prove beneficial to settlement discussions in this matter. Both *United States v. Sweeney* and this matter concern activities undertaken by Defendants at Point Buckler Island.

6. Because the United States is demanding that work be done on the island, additional time beyond the settlement conference may be needed to work out the details of a settlement.

7. The Parties request that the Status (Pretrial Scheduling) Conference now scheduled in this matter for October 26, 2017 at 2:30 p.m. be rescheduled for November 16, 2017 at 2:30 p.m., or at a later date if that date is inconvenient for the Court.

8. The Parties stipulate that Defendants may have until November 30, 2017 to answer or otherwise respond to the complaint in this matter.

| | | |
|---|---|---|
| DATED: October 9, 2017 | | BRISCOE IVESTER & BAZEL LLP |

By: /s/ Lawrence S. Bazel
Lawrence S. Bazel
Attorneys for Defendants JOHN D. SWEENEY
and POINT BUCKLER CLUB, LLC (also sued as
Point Buckler, LLC)

DATED: October 9, 2017                    LAW OFFICE OF EDWARD E. YATES

By: /s/ Edward E. Yates, authorized on October 9, 2017
Edward E. Yates
Attorney for Plaintiff
CALIFORNIA RIVER WATCH

The Status (Pretrial Scheduling) Conference now scheduled in this matter for October 26, 2017 at 2:30 p.m. is hereby rescheduled for November 30, 2017, at 2:30 p.m. Defendants may have until November 30, 2017 to answer or otherwise respond to the complaint in this matter.

IT IS SO ORDERED.

DATED: October 16, 2017.

_____
UNITED STATES DISTRICT JUDGE