Jack Silver, Esquire SB# 160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy. North #407
Sebastopol, CA 95472-2808
Telephone: (707) 528-8175
Email: jsilverenvironmental@gmail.com

Edward E. Yates, Esquire SB# 135138
LAW OFFICE OF EDWARD E. YATES
20 Skylark Drive, #12
Larkspur, CA 94939
Telephone: (415) 990-4805
Email: eyates@marinlandlaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>Plaintiff,<br>v.<br><br>JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, Inclusive.<br><br>Defendants. | CASE NO: 2:16-cv-02972-KJM-KJN<br><br>**JOINT STIPULATION TO STAY DISCOVERY AND SET FURTHER STATUS CONFERENCE**<br><br>Courtroom 3<br>Honorable Kimberly J. Mueller |

**STIPULATION**

1

Plaintiff California River Watch ("Plaintiff") and Defendants John D. Sweeney and Point Buckler Club, LLC (also sued as Point Buckler, LLC) (collectively "Defendants) hereby stipulate as follows:

1. An Initial Status Conference was held in this matter on November 30, 2017. The parties filed a Status Conference Report on November 21, 2017 (Dk # 43) in which they agreed to coordinate discovery with each other and with the United States in the related case filed against Defendants by the United States - *United States v. John Sweeney, et al.,* 2:17-cv-00112 KJM-KJN.

2. Following the Initial Status Conference, this Court issued its Pretrial Conference Scheduling Order (Dk # 46) in which this matter was referred to Magistrate Judge Kendall J. Newman for settlement. Judge Newman also serves as settlement judge in the related case. The parties were given a deadline for the close of non-expert discovery on January 15, 2019. Further, the Court set an April 15, 2019 deadline for the hearing of all dispositive motions. No trial date or Final Pretrial Conference date has been set, pending the resolution of any dispositive motions, or the passage of the dispositive motion cutoff.

3. The Court issued a Minute Order on December 12, 2017 ordering a settlement conference to be set with Magistrate Newman. The parties were instructed not to undertake any further discovery unless informally agreed upon by the parties prior to the settlement conference.

4. A Settlement Conference in this matter was held before Magistrate Newman on February 21, 2018 at which time Plaintiff presented an offer of settlement which would remain open for a period of thirty (30) days, allowing Defendants time to continue their negotiations for settlement in the related case.

5. Defendants have participated in settlement conferences before Magistrate Newman in the related case on February 28, 2018, March 9, 2018, and May 9, 2018

(telephonically) at which time a further telephonic conference re settlement was set for June 5, 2018.

6. In light of these facts, the parties hereby stipulate to stay any further discovery in this matter pending the outcome of the parties' settlement discussions before Magistrate Newman, and further stipulate, subject to Court approval, that a further Status Conference be scheduled on or about October 25, 2018.

7. One week prior to the Status Conference the parties will provide an updated Status Conference Report with proposed new dates for discovery schedule, pretrial conference and trial.

DATED: May 23, 2018          LAW OFFICE OF JACK SILVER

                                  By:    /s/ Jack Silver
                                            Jack Silver

DATED: May 23, 2018          LAW OFFICE OF EDWARD E. YATES

                                  By:    /s/ Edward E. Yates
                                            Edward E. Yates

                                            Attorneys for Plaintiff
                                            CALIFORNIA RIVER WATCH

DATED: May 23, 2018          BRISCOE IVESTER & BAZEL LLP

                                  By:    /s/ Lawrence S. Bazel
                                            Lawrence S. Bazel
                                            Attorney for Defendants
                                            JOHN D. SWEENEY and POINT
                                            BUCKLER CLUB, LLC (also sued as
                                            Point Buckler, LLC)

1    In light of the parties' stipulation, discovery in this matter is STAYED
2 pending the outcome of the upcoming settlement discussions before Judge Newman.
3 The parties are ORDERED to file a joint status report within 30 days, and every 30
4 days thereafter, addressing the status of their settlement discussions and whether the
5 stay remains appropriate.   Further, at the parties' request, the court will hold a status
6 conference on October 25, 2018 at 2:30 p.m., with the filing of an updated joint status
7 report due seven days prior.
8    IT IS SO ORDERED.
9 DATED: June 5, 2018.

_____
UNITED STATES DISTRICT JUDGE