Jack Silver, Esq. SB #160575
LAW OFFICE OF JACK SILVER
708 Gravenstein Hwy North. # 407
Sebastopol, CA 95472-2808
Tel. (707) 528-8175
Email: JSilverEnvironmental@gmail.com

Edward E. Yates, Esquire SB# 135138
LAW OFFICE OF EDWARD E. YATES
20 Skylark Drive, #12
Larkspur, CA 94939
Tel. (415) 990-4805
Email: eyates@marinlandlaw.com

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, an IRC Section 501(c)(3), non-profit, public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DONNELLY SWEENEY; POINT BUCKLER, LLC; POINT BUCKLER CLUB, LLC; DOES 1 through 10, Inclusive.<br><br>Defendants. | CASE NO: 2:16-cv-02972-KJM-KJN<br><br>**STIPULATION AND ORDER TO SET FURTHER SETTLEMENT CONFERENCE**<br><br>Date:     June 12, 2019<br>Time:    9:00 am<br>Ctrm:    25<br>Judge:   Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff California River Watch ("Plaintiff") and Defendants John D. Sweeney and Point Buckler Club, LLC (also sued as Point Buckler, LLC) (collectively "Defendants) hereby stipulate as follows:

1. An Initial Status Conference was held in this matter on November 30, 2017. The Court issued its Pretrial Conference Scheduling Order (Dk #46) in which this matter was referred to

1
STIP AND ORDER TO SET FURTHER SETTLEMENT CONF.          NO. 2:16-CV-02972-KJM-KJN

Magistrate Judge Kendall J. Newman for settlement. Judge Newman also serves as settlement judge in the related case - *United States v. John Sweeney, et al.,* 2:17-cv-00112 KJM-KJN.

2. A Settlement Conference in the present matter was held before Magistrate Judge Newman on February 21, 2018 at which time Plaintiff presented an offer of settlement which would remain open for a period of thirty (30) days, allowing Defendants time to continue their negotiations for settlement in the related case.

3. Upon Stipulation of the parties, this Court (Hon. Kimberly J. Mueller) issued its Order of June 5, 2018 (Dk #54) staying discovery in this matter. The stay remains in effect at this time.

4. Defendants' settlement discussions in the related case are no longer pending.

5. The parties in the present case have discussed and considered resolution options, and agree a further settlement conference with Magistrate Judge Newman would be beneficial.

6. The parties stipulate that this matter be set for a further Settlement Conference before Magistrate Judge Newman on June 12, 2019 at 9:00 a.m., the Court having advised that this date is available.

DATED: 03-26-19  BRISCOE IVESTER & BAZEL LLP

By: /s/ *Lawrence S. Bazel*
Lawrence S. Bazel
Attorney for Defendants
JOHN D. SWEENEY and POINT BUCKLER CLUB, LLC (also sued as Point Buckler, LLC)

DATED: 03-26-19  LAW OFFICE OF JACK SILVER

By: */s/ Jack Silver*
Jack Silver

DATED: 03-26-19  LAW OFFICE OF EDWARD E. YATES

By: */s/ Edward E. Yates*
Edward E. Yates

Attorneys for Plaintiff
CALIFORNIA RIVER WATCH

# **ORDER**

This Court, having received and reviewed the Stipulation of the parties referenced immediately above, and finding good cause therefore,

IT IS SO ORDERED THAT,

This matter is set for further Settlement Conference on Wednesday, June 12, 2019, at 9:00 a.m., in Courtroom 25 of this Court.

The parties are reminded to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full authority is that the parties view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

The parties are directed to exchange non-confidential settlement conference statements seven days prior to the settlement conference. These statements shall be simultaneously delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. These statements should not be filed on the case docket. If a party desires to share additional confidential information with the Court, they may do so pursuant to Local Rule 270(d) and (e).

Dated: March 27, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE